

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-19-2002

# Brown v. Comm PA Emergency

Precedential or Non-Precedential: Precedential

Docket No. 01-3234

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Brown v. Comm PA Emergency" (2002). *2002 Decisions.* Paper 517.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/517

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 01-3234
_____

CHARMAINE BROWN; ORAL DOUGLAS, in their individual capacities
and as Administrators of the Estate of Shacquiel A. Douglas

Appellants

v.

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH
EMERGENCY MEDICAL SERVICES TRAINING INSTITUTE;
CITY OF PHILADELPHIA; MARK STEWART, individual and official
capacity; JOHN CAFFEY, individual and official capacity
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. No. 99-cv-04901)
District Judge:  The Honorable Herbert J. Hutton
_____

ARGUED APRIL 18, 2002

BEFORE: NYGAARD, AMBRO, and KRAVITCH,  Circuit Judges.

(Filed August 8, 2002 )
_____

        IT IS ORDERED that the slip opinion in the above case, filed on August 8,
2002, be amended as follows:
     The name "Mary E. Dixon, Esq."  shall be added to counsel for appellees in this
case.

                        By the Court,

                            /s/ Richard L. Nygaard
                               Circuit Judge

Dated:   August 16, 200